UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TROUVILLE., <br><br> Plaintiff, <br><br> v. <br><br> REPROSOURCE FERTILITY DIAGNOSTICS, INC. <br><br> Defendant. | Case No. 1:23-cv-00080-JLT-CDB <br><br> ORDER GRANTING JAMES MATTHEW BRIGMAN'S *PRO HAC VICE* APPLICATION <br><br> (Doc. 14) |

The Court has read and considered the application of James Matthew Brigman, attorney for Reprosource Fertility Diagnostics, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (Doc. 14). Having reviewed the application, James Matthew Brigman's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **March 2, 2023**

UNITED STATES MAGISTRATE JUDGE